JS-6

FILED
CLERK, U.S.D.C. SOUTHERN DIVISION

MAY 12 2008

CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

JOHN V. COLEN,

      Plaintiff,

vs.

UNITED STATES OF AMERICA, et al.,

      Defendant.

Case No. EDCV 07-1359-RSWL (RNB)

**JUDGMENT**

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

MAY 13 2008

CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY

Pursuant to the Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that this action is dismissed for want of prosecution.

DATED: May 9, 2008

RONALD S.W. LEW
_____
RONALD S.W. LEW
SENIOR UNITED STATES DISTRICT JUDGE